# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KERRY JONES

NO. 2021 KW 1358

MARCH 4, 2022

---

In Re:    Kerry Jones, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 573900 c/w 577958.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.** A motion to withdraw a guilty plea requires a contradictory hearing wherein the defendant is allowed to offer evidence. Without an evidentiary hearing, there is nothing for the appellate court to review. Therefore, the trial court's ruling denying the defendant's motion to withdraw his guilty plea is vacated, and this matter is remanded to the trial court for the sole purpose of holding an evidentiary hearing to determine whether the former assistant district attorney and the defendant reached a plea agreement and whether his guilty pleas were induced by that agreement. **State v. Allah,** 2017-0785 (La. 1/9/18), 232 So.3d 554 (per curiam).

**JMG**
**GH**

**Chutz, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT